UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| REV. CALVIN WARREN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:14-CV-0382-JAR |
| | ) |
| FEDERAL GOVERNMENT, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Over the past six months, plaintiff has filed numerous delusional and frivolous cases in this Court regarding a religiously-motivated conspiracy.[1] He alleges that the

---

[1]*See e.g., Warren v. Federal Gov't*, No. 4:13-CV-1465-CEJ (E.D. Mo. 2013); *Warren v. Federal Gov't*, No. 4:13-CV-1560-RWS (E.D. Mo. 2013); *Warren v. Federal Gov't*, No. 4:13-CV-1570-JAR (E.D. Mo. 2013); *Warren v. Federal Gov't*, No. 4:13-CV-1634-HEA (E.D. Mo. 2013); *Warren v. Federal Gov't*, No. 4:13-CV-1643-AGF (E.D. Mo. 2013); *Warren v. Federal Gov't*, No. 4:13-CV-1780-CEJ (E.D. Mo. 2013); *Warren v. Federal Gov't*, No. 4:13-CV-1878-CEJ (E.D. Mo. 2013); *Warren v. Federal Gov't*, No. 4:13-CV-1906-TIA (E.D. Mo. 2013); *Warren v. Federal Gov't*, No. 4:13-CV-1998-SNLJ (E.D. Mo. 2013); *Warren v. Federal Gov't*, No. 4:13-CV-2069-SPM (E.D. Mo. 2013); *Warren v. Federal Gov't*, No. 4:13-CV-2093-DDN (E.D. Mo. 2013); *Warren v. Federal Gov't*, No. 4:13-CV-2147-JAR (E.D. Mo. 2013); *Warren v. Federal Gov't*, No. 4:13-CV-2206-JAR (E.D. Mo. 2013); *Warren v. Federal Gov't*, No. 4:13-CV-2233-CAS (E.D. Mo.); *Warren v. Federal Gov't*, No. 4:13-CV-2303-NAB (E.D. Mo.); *Warren v. Federal Gov't*, 4:13-CV-2306-CEJ (E.D. Mo.); *Warren v. Federal Gov't*, 4:13-CV-2339-JAR (E.D. Mo.); *Warren v. Federal Gov't*; 4:13-CV-2340-TIA (E.D. Mo.); *Warren v. Federal Gov't*, 4:13-CV-2379-JCH (E.D. Mo.); *Warren v. Federal Gov't*, 4:13-CV-2408-CDP (E.D. Mo.); *Warren v. Federal Gov't*, 4:13-CV-2444-TCM (E.D. Mo.); *Warren v. Federal Gov't*, 4:13-CV-2539-CEJ

federal government and other named defendants are "ungodly" and are "using racism and terrorism" against him and are trying to murder him and his family. He seeks nine hundred trillion dollars in monetary damages.

The Court previously warned plaintiff that it would not allow him to proceed in forma pauperis if he continued to bring the same frivolous lawsuits again and again. *Warren v. Federal Gov't*, 4:13-CV-1878-CEJ (E.D. Mo.). This case is no different from his previous cases. Consequently, the Court will deny plaintiff's motion for leave to proceed in forma pauperis and will dismiss this action without prejudice to refiling as a fully-paid complaint. *See In re Tyler*, 839 F.2d 1290, 1292 (8th Cir. 1988) ("Judicial resources are limited in the short run and need to be protected from wasteful consumption. Frivolous, bad faith claims consume a significant amount of judicial resources, diverting the time and energy of the judiciary away from processing good faith claims.").

---

(E.D. Mo.); *Warren v. Federal Gov't*, 4:13-CV-2560-AGF (E.D. Mo.); *Warren v. Federal Gov't*, 4:13-CV-2564-HEA (E.D. Mo.); *Warren v. Federal Gov't*, 4:13-CV-2630-CEJ (E.D. Mo.); *Warren v. Federal Gov't*, 4:13-CV-2631-SNLJ (E.D. Mo.); *Warren v. Federal Gov't*, 4:14-CV-0023-JAR (E.D. Mo.); *Warren v. Federal Gov't*, 4:14-CV-0048-JAR (E.D. Mo.); *Warren v. Federal Gov't*, 4:14-CV-0059-CAS (E.D. Mo.); *Warren v. Federal Gov't*, 4:14-CV-0110-RWS (E.D. Mo.). *Warren v. Federal Gov't*, 4:14-CV-0180-NAB (E.D. Mo.); *Warren v. Federal Gov't*, 4:14-CV-0299-JCH (E.D. Mo.); *Warren v. Federal Gov't*, 4:14-CV-0335-AGF (E.D. Mo.).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed in forma pauperis [Doc. # 2] is **DENIED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED**, without prejudice.

A separate Order of Dismissal will be filed contemporaneously.

Dated this ___4th___ day of March, 2014.

*/s/ John A. Ross*
UNITED STATES DISTRICT JUDGE